NEWELL H. WINSLOW, *as Receiver, Appellant, v.* JOHN D. OTIS, *Respondent.* — Judgment of County Court reversed and that of the Justice affirmed. Opinion by HARDIN, J.

THE NATIONAL PARK BANK OF NEW YORK, *Appellant, v.* LEMAN B. HOTCHKISS and others, *Respondents.*

SAME *v.* SAME. — Judgment in each case affirmed, with bill of costs in one case only, and disbursements in both. Opinion by BARKER, J.; SMITH, P. J., takes no part in the decision.

ALICE DOUGLAS, *Respondent, v.* JOSEPH L. HABERSTRO, *as Sheriff, etc., Appellant.* — Judgment affirmed. Opinion by SMITH, P. J.; BARKER, J., not sitting.

LAURA A. BOND, *Appellant, v.* EMELINE COLLINS and another, *Respondent.* — Judgment affirmed. Opinion by BARKER, J.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, WEST SHORE AND BUFFALO RAILWAY COMPANY, TO ACQUIRE TITLE TO CERTAIN REAL ESTATE OF WILLIAM H. WATSON. — Order affirmed, with ten dollars costs and disbursements. Opinion by HARDIN, J.; BARKER, J., dissenting.

HENRY H. LYMAN, *Appellant, v.* JOHN W. P. ALLEN and others, *Respondents.* — Order affirmed, with ten dollars costs and disbursements. Opinion by BARKER, J.

FRANCIS E. ERWIN, *Appellant, v.* ARTEMUS B. HURD and others, *Respondents.* — Order appealed from affirmed, with ten dollars costs and disbursements. Opinion by SMITH, P. J.

THE ROCHESTER HYDRAULIC MOTOR COMPANY, *Appellant, v.* GEORGE ELLWANGER and others, *Respondents.* — Order of Special Term reversed, report set aside, and a new hearing ordered before another referee, with ten dollars costs and disbursements. Opinion by BARKER, J.

WILLIAM C. MATTHEWS, *Respondent, v.* EDWIN C. BAKER, *Appellant.* — Judgment affirmed. Opinion by HARDIN, J.

EDWARD B. LORD, *Administrator, etc.,* and others, *Respondents, v.* WILLIAM TIFFANY, *Appellant, Impleaded, etc.* — Judgment affirmed, with costs. Opinion by BARKER, J.

IN THE MATTER OF THE APPLICATION OF AUGUSTUS HOWLAND FOR AN ORDER REQUIRING MARTIN S. CUYKENDALL, *as Receiver, etc.,* TO REFUND CERTAIN MONEYS. — Order reversed, without costs, and without prejudice to any subsequent proceeding or suit. (*In the Matter of Douglass* v. *Cuykendall, as Receiver, etc.,* followed.)

ALBERT WILKINSON, *as Executor, etc., Appellant, v.* BYRON E. CHAMPLIN, *Respondent.* — Judgment reversed and new trial ordered, costs to abide event. Opinion by BARKER, J.

EDWARD W. SCOWDEN and another, *Respondents, v.* URSON P. MARKHAM, *Appellant.* — Judgment and order affirmed. Opinion by SMITH, P. J.